UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No. 3:07-CR-57 (MRK) |
| v. : | |
| : | |
| HASSAN ABU-JIHAAD : | DECEMBER 9, 2014 |

**MOTION FOR REAPPOINTMENT OF COUNSEL**

Defendant Hassan Abu-Jihaad was indicted on March 21, 2007 and charged in a Two Count Indictment with Providing Material Support to Terrorists in violation of Title 18 U.S.C. § 2339A and Communicating National Defense Information to persons not entitled to receive it in violation of Title 18 U.S.C. § 793(d). Each of these charges stemmed from an allegation that the Defendant communicated classified information concerning the movement of the Constellation Battle Group while serving as a Signalman in the United States Navy in 2001. The defendant pled not guilty to the charges and was convicted on March 5, 2008 after a jury trial. The defendant subsequently moved for judgment of acquittal on both counts of the Indictment because there was insufficient evidence to sustain a conviction on either count. On April 3, 2009, the Court, Kravitz, J., granted the Defendant's Motion in part, entering Judgment of acquittal on Count One of the Indictment (Providing Material Support to Terrorists in violation of Title U.S.C. Section 2339A) and denying the Defendant's Motion on Count Two (Communicating National Defense Information to persons not entitled to receive it in violation of Title 18 U.S.C. Section 793 (d)).

1

Counsel for the Government has just recently disclosed previously unknown information about a key Government witness at trial.  This information, if known to the jury, might have resulted in a different result at trial, as this case was completely circumstantial in nature and was acknowledged to be a close call.

Wherefore, the undersigned requests that he be reappointed as CJA counsel so that he may pursue a Motion for a new trial.  This Motion will undoubtedly require substantial research and review of trial transcripts, as well as review of documents concerning the witness which are presently classified.

THE DEFENDANT,
Hassan Abu-jihaad


BY: /s/ Robert G. Golger
ROBERT G. GOLGER
Juris No. CT03116
Quatrella & Rizio, LLC
One Post Road
P.O. Box 320019
Fairfield, CT  06825
(203) 255-9928

2

## CERTIFICATION

I hereby certify that on December 9, 2014, a copy of the foregoing Motion for Reappointment of counsel was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ ROBERT G. GOLGER
ROBERT G. GOLGER

1280665v.1

3